

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

AEP Texas Inc.,

\* From the 91st District Court
of Eastland County,
Trial Court No. CV-2246425.

Vs. No. 11-22-00306-CV

\* May 23, 2024

Wilks Ranch Texas, Ltd.;
Daniel H. Wilks; Staci Wilks;
and Farjo Ranch, LLC,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the trial court's order is vacated, and the appeal is dismissed. The costs incurred by reason of this appeal are taxed against AEP Texas Inc.